UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x

MEI D. CHEN, WEN B. CHEN, JUN R. KE,
CHUN S. LI, JIE LI, YI M. LI, XIN W. LIN,
YI G. LIU, GUO Z. WU, and WEN R.
ZHENG,

          Plaintiffs,

  - against -

WANG-CHAI CORP., 1034 AMSTERDAM
RESTAURANT CORP., 7327
RESTAURANT CORP., 5127
RESTAURANT CORP, 796 RESTAURANT
CORP., 2492 COTTAGE RESTAURANT
CORP., TUNG SHENG YEH, a.k.a. "PETER
YEH," STEVEN C.J. TANG, ALICE TANG,
L. WEN LIN, CHAUR BAU WU, DENISE
WU, JANE DOE, a.k.a. "MICHELLE," JOHN
DOE 1, a.k.a. "A-KUI," JOHN DOE 2, a.k.a.,
"A-PING," JOHN DOE 3, a.k.a., "XIAO LIN,"
and JOHN DOE 4, a.k.a. "XIAO ZHANG,

          Defendant.

:  08 Civ. 2234

:  **AFFIDAVIT OF SERVICE**

-------------------------------------------------- x

STATE OF NEW YORK  )
                       : ss
COUNTY OF NEW YORK  )

        CHARMAINE BARRETT, being duly sworn, deposes and says:

        That I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and that on March 6, 2008, at approximately 5:00 p.m., I served the foregoing Summons and Complaint upon 1034 Amsterdam Corporation c/o Columbia Cottage Restaurant by delivering a true copy of each by hand to Suzan E., who was identified as

the Supervisor at Columbia Cottage Restaurant, 1034 Amsterdam Avenue, New York, New York 10025; and that said individual was an Asian female, approximately 35 years of age, 5 feet 5 inches tall, with brown hair.

On March 6, 2008, at approximately 5:25 p.m., I served the foregoing Summons and Complaint upon 796 Restaurant Corporation c/o Pearls Restaurant by delivering a true copy of each by hand to Wei Wei, who was identified as the Hostess at Pearls Restaurant, 796 Amsterdam Avenue, New York, New York 10025; and that said individual was an Asian female, approximately 30 years of age, 5 feet 4 inches tall, with brown hair.

On March 6, 2008, at approximately 6:00 p.m. I served the foregoing two copies of the Summons and Complaint upon Tung Sheng Yeh c/o The Cottage Restaurant and upon Wang-Chai Corporation c/o The Cottage Restaurant by delivering a true copy of each by hand to Irene whom said she knew Tung Sheng Yeh as the Manager and would give said documents to Tung Sheng Yeh.  Irene was identified as a Waitress at The Cottage Restaurant, 360 Amsterdam Avenue, New York, New York 10024 and that said individual was an Hispanic female, approximately 37 years of age, 5 feet 6 inches tall, with black hair.

On March 6, 2008, at approximately 6:40 p.m., I served the foregoing Summons and Complaint upon 7327 Restaurant Corporation c/o Pearls Restaurant by delivering a true copy of each by hand to Michelle who was identified as the Hostess at Pearls Restaurant, 732 Seventh Avenue, New York, New York 10019; and that said

individual was an Asian female, approximately 30 years of age, 5 feet 5 inches tall, with black hair.

On March 6, 2008, at approximately 7:15 p.m., I served the foregoing Summons and Complaint upon Steven C.J. Tang, c/o Ginger's Restaurant by delivering a true copy of each by hand to Herbert who was identified as the Manager of Ginger's Restaurant, 512 Seventh Avenue, New York, New York 10018; and that said individual was an Asian male, approximately 35 years of age, 5 feet 7 inches tall, with black hair.

_____
Charmaine Barrett

Sworn to before me this
14th day of March, 2008

_____
Notary Public

ANDREA WHITTLETON
Notary Public State of New York
No 01WH6096950
Qualified in Kings County
Certified in New York County
Commission Expires Sept. 22, 2011