UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MEI D. CHEN, WEN B. CHEN, JUN R. KE,
CHUN S. LI, JIE LI, YI M. LI, XIN W. LIN, YI G.
LIU, GUO Z. WU, and WEN R. ZHENG,

                Plaintiffs,

     - against -

WANG-CHAI CORP., 1034 AMSTERDAM
RESTAURANT CORP., 7327 RESTAURANT
CORP., 5127 RESTAURANT CORP., 796
RESTAURANT CORP., 2492 COTTAGE
RESTAURANT CORP., TUNG SHENG YEH,
A.K.A. "PETER YEH," STEVEN C.J. TANG,
ALICE TANG, L. WEN LIN, CHAUR BAU WU,
DENISE WU, JANE DOE, A.K.A "MICHELLE,"
JOHN DOE 1, A.K.A. "A-KUI," JOHN DOE 2,
A.K.A. "A-PING," JOHN DOE 3, A.K.A. "KIAO
LIN," AND JOHN DOE 4, A.K.A. "XIAO
ZHANG",

                Defendants.

------------------------------------------------------------x

08 Civ. 2234 (DAB)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 : ss
COUNTY OF NEW YORK  )

      DONOVAN ANDERSON, being duly sworn, deposes and says:

      That I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and that on March 7, 2008 at approximately 8:15 P.M. at 512 Seventh Avenue, New York 10018, I served a Summons and Complaint, by hand, upon 5127 Restaurant Corp. by

delivering a true copy of each to Herbert Chun, Manager. The person served identified himself to me to be a person that can accept service of the Summons and Complaint for 5127 Restaurant Corp.; and that said individual was a white skin Asian Male, approximately 30 years of age, 160 lbs, 5' 7" tall, with Dark Brown hair.

On March 7, 2008 I follow up said service by mailing a copy of the Summons and Complaint in a post-paid, envelope marked personal and confidential, properly addressed wrapper and placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DONOVAN ANDERSON

Sworn to before me this
14th day of March, 2008.

_____
Notary Public

BARBARA A. WETMORE
NOTARY PUBLIC, State of New York
No. 01WE4864074
Qualified in Richmond County
Commission Expires 6/9/2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MEI D. CHEN, WEN B. CHEN, JUN R. KE,
CHUN S. LI, JIE LI, YI M. LI, XIN W. LIN, YI G.
LIU, GUO Z. WU, and WEN R. ZHENG,

      Plaintiffs,

  - against -

WANG-CHAI CORP., 1034 AMSTERDAM
RESTAURANT CORP., 7327 RESTAURANT
CORP., 5127 RESTAURANT CORP., 796
RESTAURANT CORP., 2492 COTTAGE
RESTAURANT CORP., TUNG SHENG YEH,
A.K.A. "PETER YEH," STEVEN C.J. TANG,
ALICE TANG, L. WEN LIN, CHAUR BAU WU,
DENISE WU, JANE DOE, A.K.A "MICHELLE,"
JOHN DOE 1, A.K.A. "A-KUI," JOHN DOE 2,
A.K.A. "A-PING," JOHN DOE 3, A.K.A. "KIAO
LIN," AND JOHN DOE 4, A.K.A. "XIAO
ZHANG",

      Defendants.
------------------------------------------------------------x

08 Civ. 2234 (DAB)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
         : ss
COUNTY OF NEW YORK )

  DONOVAN ANDERSON, being duly sworn, deposes and says:

  That I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and that on March 7, 2008 at approximately 4:15 P.M. at 732 Seventh Avenue, New York 10019, I served a Summons and Complaint, by hand, upon Denise Wu by delivering a

true copy of each to Michele, Temporary Manager. The person served identified herself to me to be a person that will give the Summons and Complaint to Denise Wu; and that said individual was a white skin Asian Female, approximately 37 years of age, 120 lbs, 5' 4" tall, with Dark Brown hair.

On March 7, 2008 I follow up said service by mailing a copy of the Summons and Complaint in a post-paid, envelope marked personal and confidential, properly addressed wrapper and placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DONOVAN ANDERSON

Sworn to before me this
14th day of March, 2008.

_____
Notary Public

BARBARA A. WETMORE
NOTARY PUBLIC, State of New York
No. 01WE4864074
Qualified in Richmond County
Commission Expires 6/7/2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

MEI D. CHEN, WEN B. CHEN, JUN R. KE,
CHUN S. LI, JIE LI, YI M. LI, XIN W. LIN, YI G.
LIU, GUO Z. WU, and WEN R. ZHENG,

                Plaintiffs,

    - against -

WANG-CHAI CORP., 1034 AMSTERDAM
RESTAURANT CORP., 7327 RESTAURANT
CORP., 5127 RESTAURANT CORP., 796
RESTAURANT CORP., 2492 COTTAGE
RESTAURANT CORP., TUNG SHENG YEH,
A.K.A. "PETER YEH," STEVEN C.J. TANG,
ALICE TANG, L. WEN LIN, CHAUR BAU WU,
DENISE WU, JANE DOE, A.K.A "MICHELLE,"
JOHN DOE 1, A.K.A. "A-KUI," JOHN DOE 2,
A.K.A. "A-PING," JOHN DOE 3, A.K.A. "KIAO
LIN," AND JOHN DOE 4, A.K.A. "XIAO
ZHANG",

                Defendants.

------------------------------------------------x

08 Civ. 2234 (DAB)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            : ss
COUNTY OF NEW YORK  )

    DONOVAN ANDERSON, being duly sworn, deposes and says:

    That I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and that on March 7, 2008 at approximately 4:15 P.M. at 732 Seventh Avenue, New York 10019, I served a Summons and Complaint, by hand, upon Chaur Bau Wu by delivering a

true copy of each to Michele, Temporary Manager. The person served identified herself to me to be a person that will give the Summons and Complaint to Chaur Bau Wu; and that said individual was a white skin Asian Female, approximately 37 years of age, 120 lbs, 5' 4" tall, with Dark Brown hair.

On March 7, 2008 I follow up said service by mailing a copy of the Summons and Complaint in a post-paid, envelope marked personal and confidential, properly addressed wrapper and placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

DONOVAN ANDERSON

Sworn to before me this
14th day of March, 2008.

Notary Public
BARBARA A. WETMORE
NOTARY PUBLIC, State of New York
No. 01WE4864074
Qualified in Richmond County
Commission Expires 6/2/2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

MEI D. CHEN, WEN B. CHEN, JUN R. KE,
CHUN S. LI, JIE LI, YI M. LI, XIN W. LIN, YI G.
LIU, GUO Z. WU, and WEN R. ZHENG,

            Plaintiffs,

  - against -

WANG-CHAI CORP., 1034 AMSTERDAM
RESTAURANT CORP., 7327 RESTAURANT
CORP., 5127 RESTAURANT CORP., 796
RESTAURANT CORP., 2492 COTTAGE
RESTAURANT CORP., TUNG SHENG YEH,
A.K.A. "PETER YEH," STEVEN C.J. TANG,
ALICE TANG, L. WEN LIN, CHAUR BAU WU,
DENISE WU, JANE DOE, A.K.A "MICHELLE,"
JOHN DOE 1, A.K.A. "A-KUI," JOHN DOE 2,
A.K.A. "A-PING," JOHN DOE 3, A.K.A. "KIAO
LIN," AND JOHN DOE 4, A.K.A. "XIAO
ZHANG",

            Defendants.

------------------------------------------------x

08 Civ. 2234 (DAB)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            : ss
COUNTY OF NEW YORK  )

     DONOVAN ANDERSON, being duly sworn, deposes and says:

     That I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and that on March 7, 2008 at approximately 3:15 P.M. at 796 Amsterdam Avenue, New York 10025, I served a Summons and Complaint, by hand, upon L. Wen Lin by delivering a

true copy of each to Wei Wei, Cashier. The person served identified herself to me to be a person that will give the said Summon and Complaint to L. Wen Lin, the manager; and that said individual was a white skin Asian Female, approximately 35 years of age, 140 lbs, 5' 5" tall, with Dark Brown hair.

On March 7, 2008 I follow up said service by mailing a copy of the Summons and Complaint in a post-paid, envelope marked personal and confidential, properly addressed wrapper and placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DONOVAN ANDERSON

Sworn to before me this
14th day of March, 2008.

_____
Notary Public

BARBARA A. WETMORE
NOTARY PUBLIC, State of New York
No. 01WE4864074
Qualified in Richmond County
Commission Expires 6/9/2010

2