UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MEI D. CHEN, WEN B. CHEN, JUN R. KE,
CHUN S. LI, JIE LI, YI M. LI, XIN W. LIN, YI G.
LIU, GUO Z. WU, and WEN R. ZHENG,

                 Plaintiffs,

     - against -

WANG-CHAI CORP., 1034 AMSTERDAM
RESTAURANT CORP., 7327 RESTAURANT
CORP., 5127 RESTAURANT CORP., 796
RESTAURANT CORP., 2492 COTTAGE
RESTAURANT CORP., TUNG SHENG YEH,
A.K.A. "PETER YEH," STEVEN C.J. TANG,
ALICE TANG, L. WEN LIN, CHAUR BAU WU,
DENISE WU, JANE DOE, A.K.A "MICHELLE,"
JOHN DOE 1, A.K.A. "A-KUI," JOHN DOE 2,
A.K.A. "A-PING," JOHN DOE 3, A.K.A. "KIAO
LIN," AND JOHN DOE 4, A.K.A. "XIAO
ZHANG",

                 Defendants.

------------------------------------- x

08 Civ. 2234

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                : ss
COUNTY OF NEW YORK  )

       Katelyn Trionfetti, being duly sworn, deposes and says:

       That I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and that on March 6, 2007 I served a Summons and Complaint on the defendants in the annexed list by causing to be delivered a true copy of the same by first class mail in envelopes, with those envelopes directed to Wang Chai Corp. and the Individual

Defendants marked personal and confidential, and upon defendant Alice Tang, 93 Dillingham Place, Englewood Cliffs, NJ 07632, by causing to be delivered a true copy of the same by overnight delivery marked personal and confidential.

                                                                          *Katelyn Trionfetti*
                                                                          Katelyn Trionfetti

Sworn to before me this
14 day of March, 2008.

*[signature]*
Notary Public

EMILY ROGERS CHEPIGA
Notary Public, State of New York
No. 01CH6176836
Qualified in New York County
Commission Expires November 5, 2011

## Service List for the March 6, 2008 Service
## by First Class Mail of the Summons and Complaint

Wang-Chai Corp.
360 Amsterdam Ave.
New York, NY 10024-6737
(New York County)

1034 Amsterdam Corp.
1034 Amsterdam Ave.
New York, NY 10025-1724
(New York County)

7327 Restaurant Corp.
732 7th Ave.
New York, NY 10019
(New York County)

5127 Restaurant Corp.
135 -05 38th Avenue, Suite 2A
Flushing, NY 11354
(Queens County)

796 Restaurant Corp.
796 Amsterdam Avenue
New York, NY 10025
(New York County)

**Individual Defendants**
Tung Sheng Yeh
360 Amsterdam Avenue
New York, NY 10024
(New York County)

Steven C.J. Tang
512 Seventh Avenue
New York, NY 10018
(New York County)

L. Wen Lin
8322 St. James Ave
Queens, NY 11373
(Queens County)

Chaur Bau Wu
3535 90th St.
Flushing, NY 11372-5833
(Queens County)

Denise Wu
3535 90th St.
Flushing, NY 11372-5833
(Queens County)