FROM : J.SHEN,Esq.                    FAX NO. : 2015680457              Mar. 17 2008 12:30PM P2

MAR-17-2008 11:30    From:212 459 ----                                         Page:2/3

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MEI D. CHEN, WEN B. CHEN, JUN R.
KE, CHUN S. LI, JIE LI, YI M. LI, XIN W.
LIN, YI G. LIU, GUO Z. WU, and WEN R.
ZHENG,

                    Plaintiffs,

         - against -

WANG-CHAI CORP., 1034
AMSTERDAM RESTAURANT CORP.,
7327 RESTAURANT CORP., 5127
RESTAURANT CORP., 796
RESTAURANT CORP., 2492 COTTAGE
RESTAURANT CORP., TUNG SHENG
YEH, a.k.a. "PETER YEH," STEVEN C.J.
TANG, ALICE TANG, L. WEN LIN,
CHAUR BAU WU, DENISE WU, JANE
DOE, a.k.a. "MICHELLE," JOHN DOE 1,
a.k.a., "A-KUI," JOHN DOE 2, a.k.a., "A-
PING," JOHN DOE 3, a.k.a., "XIAO LIN,"
and JOHN DOE 4, a.k.a. "XIAO ZHANG,"

                    Defendants.
------------------------------------------------------------ x

STIPULATION OF
DISMISSAL

ECF CASE

08 Civ. 2234 (DAB)

    WHEREAS, the parties having fully settled this matter, Plaintiffs and Defendants through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the Complaint and this action be and are hereby dismissed with prejudice, each party to bear its own costs and attorneys'

FROM : J. SHEN, Esq.                FAX NO. : 2015680457              Mar. 17 2008 12:30PM  P3

MAR-17 2008 11:31    From:212 450 5574

Page:3/3

fees, except as otherwise provided in the agreement reached by Parties.

Dated: New York, New York
       March 17, 2008

*[signature]*
Jane H. Yoon (JY-0115)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
212-450-4466

ATTORNEYS FOR PLAINTIFFS

*[signature]*
Jenny J. Shen
P.O. Box 1562
Englewood Cliffs, New Jersey 07632
201-390-9032

ATTORNEY FOR DEFENDANTS

SO ORDERED.
Hon. Deborah A. Batts, U.S.D.J.
Dated:  New York, New York
        March ___, 2008

SO ORDERED

*[signature]* 3/14/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

2